FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2021

No. 04-21-00104-CV

Michael Edward **RODRIGUEZ**,
Appellant

v.

Nora G. **RODRIGUEZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00908
Honorable Norma Gonzales, Judge Presiding

## O R D E R

The court grants appellant an extension of time until September 17, 2021 to file his brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

